# American Property Locators, Inc.
3855 South Boulevard, Suite 200
Edmond, OK 73013
www.apl-inc.com

Fax (405) 340-5968
E-Mail: ggriffith@apl-inc.com

(800) 730-4343 ext 15
(405) 340-4900 ext 15

May 18, 2009

**VIA PRIORITY MAIL**

F I L E D
JACKSONVILLE, FLORIDA

MAY 2 2 2009

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

U.S. Bankruptcy Court
MIDDLE DISTRICT OF FLORIDA
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32202
Attn: Gail S. Baker

Re: MIDDLE DISTRICT OF FLORIDA APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT

Dear Ms. Baker:

Enclosed is an Application for order Directing Payment of Funds to Creditor/Claimant relating to the following matter:

Case No:              3:05-bk-13855-PMG

Debtor:               John David Rutledge

Creditor/Claimant:    Credigy Receivables, Inc.

Amount:               $433.30

Thank you for your assistance in this matter.

Sincerely,

Greg Griffith

GMG/hen
Enclosures

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF THE STATE OF FLORIDA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 3:05-bk-13855-PMG |
| John David Rutledge, | ) | (Chapter 7) |
| DEBTOR | ) | |

## APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

Credigy Receivables, Inc. (the "Claimant") a claimant in the captioned case whose address is 3950 Johns Creek Court, Suite 100, Suwanee, GA 30024 respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $433.30. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

Credigy Receivables, Inc.
FID#/SSN: 82-0577500

By: _____
Greg Griffith
American Property Locators, Inc.
Attorney-in-fact
3855 South Boulevard, Suite 200
Edmond, OK  73013
(405) 340-4900

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

IN RE: ) Case No. 3:05-bk-13855-PMG
John David Rutledge, )    (Chapter 7)
)
**DEBTOR**

**AFFIDAVIT OF SERVICE & AWARENESS
OF STATE REQUIREMENTS**

Notice is hereby given to the court that on _May 18_, 2009 the US Attorney was advised via the US Postal Service at the address below, of the intent of American Property Locators, Inc., to apply for the release of unclaimed funds in the above named case on behalf of Credigy Receivables, Inc..

> United States Attorney
> Attn: Civil Process Clerk
> 400 N. Tampa Street, Suite 3200
> Tampa, FL 33602-4708

I, Greg Griffith, hereby state that I am aware of the state law requirements for being a personal representative in the State of Florida.

_____
Greg Griffith

SUBSCRIBED AND SWORN before me this _18_ day of _May_ 2009.

_____
Notary Public

KATRINA J. CUTTER
Notary Public
State of Oklahoma
Commission # 03004752  Expires 04/27/11

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF THE STATE OF FLORIDA

| | |
|---|---|
| IN RE: ) | Case No. 3:05-bk-13855-PMG |
| John David Rutledge, ) | |
| ) | (Chapter 7) |
| DEBTOR ) | |

ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT

On the application of Credigy Receivables, Inc. (FID#/SSN 82-0577500) , (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the approximate amount of $433.30) be paid to it in care of American Property Locators, Inc., Attn: Greg Griffith, 3855 South Boulevard, Suite 200, Edmond, OK 73013.

Dated this ___ day of _____, _____.

_____
United States Bankruptcy Judge

Copies to:

Credigy Receivables, Inc. c/o Greg Griffith, 3855 South Boulevard, Suite 200, Edmond, OK 73013

Susan Magaditsch, Financial Administrator, U.S. Bankruptcy Court, 801 N. Florida Avenue, Tampa, FL 33602-3899

## LIMITED POWER OF ATTORNEY

  Credigy Receivables, Inc., ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in its place for the purposes and duration set forth below.

  Principal appoints Greg Griffith of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be its attorney-in-fact to act for it in its name and place, and in any capacity that Principal might act,

### Only to recover cash or cash equivalents specifically arising from the John David Rutledge bankruptcy matter that belong to the Principal

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

  This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

  Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

  DATED this _7th_ day of _May_, 200_9_.

**PRINCIPAL:**
Credigy Receivables, Inc.
(Tax ID # 82-0577500)

By: _____
  Jason S. Williams
Title: Vice President

**PRINCIPAL'S ADDRESS:**

3950 Johns Creek Court, Suite 100
Suwanee GA 30021-1296

ACKNOWLEDGMENT

STATE OF GEORGIA )

COUNTY OF FORSYTH )

  Before me, the undersigned a Notary Public, in and for said County and State on this _7th_ day of _May_, _2009_, personally appeared Jason S. Williams to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its Vice President and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

  In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
_11/13/09_

Notary _____

# Certificate of Authority to Act for
# Credigy Receivables Inc. and its Subsidiaries/Affiliates

I, the undersigned, <u>**Brett M. Samsky**</u>, as <u>Chief Executive Officer</u> of Credigy Receivables Inc. do hereby certify that **Jason S. Williams** has the authority to act on behalf of Credigy Receivables Inc. and its subsidiaries/affiliates in all matters for Credigy Receivables Inc. and its subsidiaries/affiliates including, without limitation, i) the recovery of unclaimed funds arising from bankruptcy matters and ii) recoveries relating to First Select accounts which have been assigned to Credigy Receivables, Inc. and its subsidiaries/affiliates

IN WITNESS HEREOF, I have hereunto signed my name this _2nd_ day of ___July___, 2008.

Credigy Receivables Inc.


By: _____/s/_____
Brett M. Samsky

Title: _Chief Executive Officer_

*Corporate seal*

Notary Statement

ACKNOWLEDGMENT

STATE OF <u>GEORGIA</u>)

COUNTY OF <u>FORSYTH</u>)

Before me, the undersigned a Notary Public, in and for said County and State on this _2nd_ day of ___July___, 2008, personally appeared <u>Brett M. Samsky</u> to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its <u>Chief Executive Officer</u> and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires: _Feb 27, 2011_

Notary _____/s/_____



Brett M. Samsky
Chief Executive Officer
brett.samsky@credigy.net

3950 Johns Creek Court, Suite 100
Suwanee, Georgia 30024-1296
Phone: (678) 728-7305
Fax: (678) 728-7319
www.credigy.net



Jason Williams
VP of Stragtegic Development
jason.williams@credigy.net

3950 Johns Creek Court, Suite 100
Suwanee, Georgia 30024-1296
Phone: (678) 728-7306
Fax: (678) 728-7170
www.credigy.net